NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHERRYL D. WARREN,**
*Petitioner,*

**v.**

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2011-3223

---

Petition for review of the Merit Systems Protection Board in case no DE0839100139-I-1.

---

**JUDGMENT**

---

MARK S. BOVE, Mark S. Bove, PC, of Denver, Colorado, argued for petitioner.

NICHOLAS JABBOUR, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DEBORAH A. BYNUM, Assistant Director. Of counsel on the brief was HUMBERTO RUIZ, Attorney-Advisor, Office of the Chief Counsel, Federal Aviation Administration, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PLAGER, REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 3, 2013          /s/ Jan Horbaly
Date          Jan Horbaly
Clerk